IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:04cr272

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| | ) | |
| EUGENE HARDESTY (1) | ) | UNDER SEAL |
| | ) | |

THIS MATTER is before the Court on the government's motion (Doc. No. 55) to seal its motion for sentence reduction pursuant to Rule 35 of the Federal Rules of Criminal Procedure (Doc. No. 54).

The government has stated sufficient grounds to overcome the public's interest in access to the specified court document.

**IT IS, THEREFORE, ORDERED** that the government's motion (Doc. No. 55) to file its motion for sentence reduction (Doc. No. 54) under seal is **GRANTED**, pending further order of the Court.

Signed: May 7, 2009

Robert J. Conrad, Jr.
Chief United States District Judge

SEALED DOCUMENT with access to Specified Parties/Defendants